# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:89-cr-00223-DPW |
| ) | |
| JUVENILE, ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S MOTION TO UNSEAL RECORD FOR LIMITED PURPOSE

The Defendant Louis Spaulding, through counsel, respectfully requests that the Honorable Court unseal the above-captioned matter solely for the purpose of Mr. Spaulding being able to prove that this matter was a juvenile matter, and not an adult conviction. The following is stated in support of this motion. No memorandum of law is filed because the grounds for relief are asserted herein.

1. On August 18, 1989, the United States filed what became United States District Court District of Massachusetts (Boston) case number 1:89-cr-00223-DPW.

2. The juvenile defendant, Louis Spaulding, retained no records of this matter.

3. Mr. Spaulding now stands charged with criminal offenses in the State of New Hampshire. Docket No. 226-2022-CR-01268. Whether or not the instant matter was a juvenile case will impact Mr. Spaulding's disposition in the New Hampshire case.

4. Mr. Spaulding believes that this federal case was a juvenile matter. The State of New Hampshire disagrees. Neither side has been able to produce proof to the other to support its position. Mr. Spaulding seeks access to his record so that this issue may be settled.

5. 18 U.S.C. Sec. 5038 addresses the use of juvenile records and states that juvenile records may be released, *inter alia*, upon inquiry from another court of law or from a law enforcement agency. 18 U.S.C. Sec. 5038 (a) (1) and (2). Upon information and belief, neither the New Hampshire Court nor the relevant law enforcement agency has requested Mr. Spaulding's juvenile record.

6. The statute further provides, "[d]istrict courts exercising jurisdiction over any juvenile shall inform the juvenile, and his parent or guardian, in writing in clear and nontechnical language, of rights relating to his juvenile record." *Id*., at (b).

7. Mr. Spaulding has a due process right to his own records and respectfully requests that the Court unseal the record, if necessary, for the purpose of providing him with a copy of that record.

8. Counsel for Mr. Spaulding called the office of the United States Attorney in an attempt to resolve this matter on or about February 15, 2024. A paralegal from the office returned the call but reported that she would have to do additional research on the issue and call again. There has been no subsequent communication from the United States Attorney's Office.

WHEREFORE, Louis Spaulding, through counsel, respectfully requests that the Honorable Court:

1. Provide Mr. Spaulding with a record of this matter showing that this was a juvenile disposition;
2. Unseal the record for this sole purpose;
3. Grant any further and other relief as the Court deems just and proper.

Date: February 23, 2024          Respectfully submitted,

*/s/ Kristin N. Weberg*

_____
Kristin N. Weberg, Esq.
BBO No. 569029
NH Bar ID 19000
Weberg Law LLC
210 N. Main Street
Sharon, MA 02067
Tel: (617) 777-3169


## Certificate of Service

I hereby certify that a copy of the above motion was electronically served on the United States Attorney for the Government, via ECF.

February 23, 2024          */s/ Kristin N. Weberg*

_____
Kristin N. Weberg
BBO No. 569029
NH Bar ID 19000